DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Johnson<br><br>Case below:<br>177 N.C. App. 122 | No. 210PA06 | 1. AG's Motion for Temporary Stay (COA05-758) | 1. Allowed **04/24/06** 360 N.C. 178 Stay Dissolved **06/29/06** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied (06/29/06) |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. AG's PDR is allowed for limited purpose of entering this order. Portion of COA opinion concerning probable cause is vacated for remand to trial court (06/29/06) |
| State v. Jones<br><br>Case below:<br>177 N.C. App. 269 | No. 238P06 | AG's Motion for Temporary Stay (COA05-901) | Allowed 05/08/06 |
| State v. Jones<br><br>Case below:<br>177 N.C. App. 565 | No. 309P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-959) | Denied (06/29/06) |
| State v. Kelly<br><br>Case below:<br>175 N.C. App. 421 | No. 199P06 | Def's Motion for "Notice of Appeals" (COA05-486) | Denied (06/29/06) |
| State v. Lasiter<br><br>Case below:<br>176 N.C. App. 768 | No. 222PA06 | Defendant-Appellant's PDR Under N.C.G.S. § 7A-31 (COA05-777) | Allowed (06/29/06) |
| State v. Mack<br><br>Case below:<br>177 N.C. App. 566 | No. 294P06 | 1. Def's Motion for Temporary Stay (COA05-1099) | 1. Denied 06/05/06 |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied (06/29/06) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied (06/29/06) |